

Certificate Number:  20267051537

## CERTIFICATE OF CREDIT COUNSELING

I certify that on 07/05/2026, at 3:05pm   Pacific Time, Debbie Seats

received from Abacus Credit Counseling, an agency approved pursuant to 11 U.S.C. § 111 to provide

credit counseling in the Middle District of North Carolina                                                    ,

an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt

repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: July 5, 2026

By:     /s/Laura M Ahart

Name:  Laura M Ahart

Title:   Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are

required to file with the United States Bankruptcy Court a completed certificate of counseling from the

nonprofit budget and credit counseling agency that provided the individual the counseling services and a

copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C.

§§ 109(h) and 521(b).