

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on  08/02/2026  Debbie Seats

completed a course on personal financial management given by Sage Personal Finance,

an approved provider of debtor education in the  Middle District of North Carolina  .

Case number:  26-50583

Certificate number:  NCM26-505834951528

Signed: /s/ Allison Geving, Ph.D.

Title: President, Sage Personal Finance