

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on  08/05/2026,  Carolyn Muse-Davis

completed a course on personal financial management given by Sage Personal Finance,

an approved provider of debtor education in the  Middle District of North Carolina  .

Case number:  26-50562

Certificate number:  NCM26-505624924907

Signed: /s/ Allison Geving, Ph.D.

Title: President, Sage Personal Finance